FILED

09/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0234

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0234

**IN THE MATTER OF M.J.A.D.,**

A Youth in Need of Care.

**ORDER**

Upon consideration of S.F.'s motion for extension of time, without objection, and good cause appearing,

IT IS HEREBY ORDERED that S.F. is granted an extension of time to and including September 22, 2023, within which to prepare, file, and serve her response to her counsel's *Anders* brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2023